**YI LIN ZHENG, ESQ.**
Nevada Bar No. 1011
VEGAS GOLDEN LAW
530 South Seventh St.
Las Vegas, Nevada 89101
Phone: 702-385-7170
Momot.Zheng@gmail.com
Attorney for Defendant
MIGUEL CASTRO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL CASTRO, ET AL,<br><br>Defendant. | CASE NO: 2:19-cr-00295-GMN-NJK<br><br>**STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO ALLOW INTERSTATE TRAVEL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Timothy Taesong Finley, Trial Attorney for U.S. Department of Justice – Consumer Protection Branch, counsel for the United States of America, and Yi Lin Zheng, Esq., counsel for Miguel Castro, that defendant Miguel Castro be allowed to travel interstate between Nevada and California for the purposes of being able attend a business meeting with the proprietors of Select Direct Enterprises at 11700 Sterling Ave., Riverside, California 92503. The parties would respectfully request that the Court grant the parties stipulation to modify this specific condition of Defendant's release.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the geographical restriction of Defendant's release conditions shall be modified to

allow Defendant to travel between Nevada and California, on Monday, November 2, 2020 and to return to Nevada on the same day, provided that Defendant gives notice to his Pre-Trial Services Officer prior to travel and notice upon return. Further, Defendant's Pre-Trial Services Officer reports that his is currently in good standing and has no opposition to the request to travel interstate.

STIPULATION entered by:

_____/s/_____
YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
530 S. Seventh St.
Las Vegas, Nevada 89101
Attorney for the Defendant
MIGUEL CASTRO

STIPULATION entered by:

_____/s/_____
NICHOLAS A. TRUTANICH
United States Attorney
TIMOTHY FINLEY, Trial Attorney
U.S. Department of Justice
Consumer Protection Branch
PO Box 386
Washington, DC 20044

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL CASTRO, ET AL,<br><br>　　　　　　Defendant. | CASE NO: 2:19-cr-00295-GMN-NJK<br><br>**ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO ALLOW INTERSTATE TRAVEL** |

　　Upon Stipulation of the parties:

　　**IT IS HEREBY ORDERED** that that the geographical restriction of Defendant's release conditions shall be modified to allow Defendant to travel between Nevada and California, on Monday, November 2, 2020 and to return to Nevada on the same day, provided that Defendant gives notice to his Pre-Trial Services Officer prior to travel and notice upon return.

　　DATED this __29th__ day of October, 2020.

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE