**YI LIN ZHENG, ESQ.**
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, Nevada 89102-0168
Phone: (702) 385-7170
VegasGoldenLaw@gmail.com
MIGUEL CASTRO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MIGUEL CASTRO, ET AL,<br><br>　　　　　　　　　Defendant. | CASE NO: 2:19-cr-00295-GMN-NJK<br><br>**STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO ALLOW INTERSTATE TRAVEL** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER CHU, Acting United States Attorney, and Timothy Taesong Finley, Trial Attorney for U.S. Department of Justice – Consumer Protection Branch, counsel for the United States of America, and Yi Lin Zheng, Esq., counsel for Miguel Castro, that defendant Miguel Castro be allowed to travel interstate between Nevada and California on Thursday, April 7, 2022, to attend the funeral services of Anthony Melara, at Pierce Brothers Crest Lawn Memorial Park, 11500 Arlington Ave., Riverside, CA 92505. The parties would respectfully request that the Court grant the parties stipulation to modify this specific condition of Defendant's release.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the geographical restriction of Defendant's release conditions shall be modified to allow Defendant to travel between Nevada and California, on Thursday, April 7, 2022 and to return to Nevada on the same day, provided that Defendant gives notice to his Pre-Trial Services Officer prior to travel and notice upon return. Further, Defendant's Pre-Trial Services Officer reports that his is currently in good standing and has no opposition to the request to travel interstate.

| STIPULATION entered by: | STIPULATION entered by: |
|---|---|
| _____/s/_____ <br> YI LIN ZHENG, ESQ. <br> Nevada Bar No. 10811 <br> 530 S. Seventh St. <br> Las Vegas, Nevada 89101 <br> Attorney for the Defendant <br> MIGUEL CASTRO | _____/s/_____ <br> CHRISTOPHER CHU <br> Acting United States Attorney <br> TIMOTHY FINLEY, Trial Attorney <br> U.S. Department of Justice <br> Consumer Protection Branch <br> PO Box 386 <br> Washington, DC 20044 |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL CASTRO, ET AL,<br><br>Defendant. | CASE NO: 2:19-cr-00295-GMN-NJK<br><br>**ORDER TO MODIFY PRE-TRIAL RELEASE CONDITIONS TO ALLOW INTERSTATE TRAVEL** |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that that the geographical restriction of Defendant's release conditions shall be modified to allow Defendant to travel between Nevada and California, on Thursday, April 7, 2022 and to return to Nevada on the same day, provided that Defendant gives notice to his Pre-Trial Services Officer prior to travel and notice upon return. Miguel Castro is granted permission to travel interstate to attend the funeral services of Anthony Melara, at Pierce Brothers Crest Lawn Memorial Park, 11500 Arlington Ave., Riverside, CA 92505.

DATED this __6th__ day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE