# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MIGUEL CASTRO,<br><br>　　　　　Defendant. | Case No.: 2:19-cr-00295-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 410) |

　　　　On November 12, 2019, a grand jury sitting in Las Vegas, Nevada issued an indictment charging Defendant Miguel Castro, along with several co-Defendants, with counts involving mail fraud and conspiracy to commit mail fraud. Docket No. 1. Since that date, several continuances of both the pretrial motions deadline and the trial date have been granted. *See* Docket. On September 22, 2021, United States District Judge Gloria M. Navarro ordered, *inter alia*, that all pretrial motions must be filed no later than February 18, 2022. Docket No. 218. Trial is now set for a firm date of September 26, 2022. Docket Nos. 325, 393.

　　　　On August 28, 2022, 191 days after the expiration of the deadline to file pretrial motions, Defendant filed a motion to suppress the statements he made to law enforcement on February 21, 2018. Docket No. 410. *See also* Docket No. 411 (corrected image). Defendant inaccurately certifies that his motion is timely filed and states vaguely that his counsel "recently learned" of the factual basis regarding his statements to law enforcement. Docket No. 411 at 1, n. 1.

　　　　No later than **4:00 p.m. today, August 29, 2022**, counsel for Defendant must file a supplement to his motion detailing whether he learned the factual basis underlying the statements from newly-produced discovery and, if so, when that discovery was produced. The United States

may respond to Defendant's supplemental filing no later than **12:00 p.m. tomorrow, August 30, 2022**.

IT IS SO ORDERED.

DATED: August 29, 2022.

                                                                            NANCY J. KOPPE  
                                                                            UNITED STATES MAGISTRATE JUDGE