LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorneys for Miguel Castro*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MIGUEL CASTRO,<br><br>        Defendant. | CASE NO:  2:19-cr-00295-GMN-NJK-4<br><br>**STIPULATION REGARDING DEFENDANT MIGUEL CASTRO'S EXHIBITS [DOC. NO. 496]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel E. Zytnick, Trial

Attorney, U.S. Department of Justice, counsel for the United States of America, and Lucas J.

Gaffney, Esq., counsel for defendant Miguel Castro, as follows:

///

///

///

///

///

///

///

///

1

The Government stipulates to the admission of Defendant Miguel Castro's Exhibits 8000, 8001, 8002, 8003, 8004, 8005, 8006, 8007, 8008, 8009, 8010, 8011, 8012, 8013, 8014, 8015 and 8016. The Government further stipulates to the authenticity of Exhibit 8017, but otherwise reserves all objections to the admission of Exhibit 8017.

Dated: September 25, 2022

United States Attorney

By /s/ *Daniel E. Zynick*            /s/ *Lucas J. Gaffney*
DANIEL E. ZYNICK                  LUCAS J. GAFFNEY
Trial Attorney, USDOJ             Counsel for Miguel Castro


**ORDER**
IT IS SO ORDERED.

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

Dated: September _____26_____, 2022