LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorneys for Miguel Castro*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>        Plaintiff, <br><br> vs. <br><br> MIGUEL CASTRO, <br>        Defendant. | CASE NO: 2:19-cr-00295-GMN-NJK-4 <br><br> **STIPULATION REGARDING DEFENDANT MIGUEL CASTRO'S SUPPLEMENTAL EXHIBIT LIST [DOC. NO. 619]** |

      IT IS HEREBY STIPULATED AND AGREED, by and between Daniel E. Zytnick, Trial Attorney, U.S. Department of Justice, counsel for the United States of America, and Lucas J. Gaffney, Esq., counsel for defendant Miguel Castro, as follows:

///

///

///

///

///

///

///

///

///

1

The Government stipulates to the admission of Defendant Miguel Castro's Exhibits 8000, 8001, 8002, 8003, 8004, 8005, 8006, 8007, 8008, 8009, 8010, 8011, 8012, 8013, 8014, 8015, 8016, 8017, and 8018.

Dated: March 13, 2023

United States Attorney

By /s/ *Daniel E. Zynick*           /s/ *Lucas J. Gaffney*
DANIEL E. ZYNICK           LUCAS J. GAFFNEY
Trial Attorney, USDOJ         Counsel for Miguel Castro

**ORDER**
IT IS SO ORDERED.

_____
THE HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

Dated: March ___13___, 2023