LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
GAFFNEY LAW
9900 Covington Cross Drive, suite 290
Las Vegas, Nevada 89144
Telephone: (702) 742-2055
Facsimile: (702) 920-8838
lucas@gaffneylawlv.com
*Attorney for Miguel Castro*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIO CASTRO<br>JOSE SALUD CASTRO<br>SALVADOR CASTRO<br>**MIGUEL CASTRO**, AND<br>JOSE LUIS MENDEZ<br><br>Defendant. | CASE NO.:   2:19-cr-00295-GMN-NJK<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE TO ALLOW TRAVEL TO PAHRUMP, NEVADA** |

   IT IS HEREBY ORDERED the geographical restriction of Defendant Miguel Castro's pretrial release conditions be temporarily modified to allow Mr. Castro to travel between Clark County, Nevada, and Pahrump in Nye County Nevada for the purpose outlined in his motion, provided that Mr. Castro provides notice to his Pretrial Services Officer prior to travel and upon return.

Dated: MARCH  24th , 2023

_____
UNITED STATES MAGISTRATE JUDGE