# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00295-GMN-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 767) |
| MIGUEL CASTRO, | |
| Defendant. | |

Pending before the Court is Defendant Miguel Castro's motion to modify conditions of release to allow for travel to Riverside, California. Docket No. 767. Defendant submits that this motion is unopposed. *Id*. Defendant asks the Court to allow him to travel to leave Clark County, Nevada on May 5, 2023, and travel to Riverside, California, for the purpose of trying to sell printing and mailing equipment to Select Direct. *Id*. at 2. Defendant submits that he will stay overnight in Riverside and return to Clark County, Nevada on May 6, 2023, no later than 2:00 p.m. *Id*.

On May 17, 2019, a complaint was filed charging Defendant with conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and (b)(1)(A)(viii); and possession of a controlled substance with intent to distribute, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii). Docket No. 1. On the same date, Defendant appeared before the Court for his initial appearance. Docket No. 4. At Defendant's request, the Court continued his detention hearing to May 21, 2019. *Id*. On May 21, 2019, the Court ordered Defendant released pending trial on a personal recognizance bond with certain conditions, including a condition that his travel is restricted to Clark County, Nevada.[1] Docket Nos. 15, 16. On June 18, 2019, a federal grand jury sitting in Las Vegas, Nevada, issued

---

[1] This condition was later modified to allow Defendant to visit his wife, who is in custody in Nye County, Nevada. Docket No. 39.

1

an indictment charging Defendant with certain controlled substance violations. *See* Docket No. 22.

Pursuant to Title 18, United States Code, Section 3142(c)(3), the Court may amend its release order at any time. The Court finds that Defendant has been compliant with his conditions of release thus far and that his request to travel is unopposed.

Accordingly, the Court **GRANTS** Defendant's motion to modify conditions to allow travel outside to Riverside, California. Docket No. 767. The Court modifies Defendant's travel condition to allow him to leave Clark County, Nevada at 10:00 a.m. on May 5, 2023, and travel to Riverside, California, for business purposes. Defendant must return to Clark County, Nevada no later than 2:00 p.m. on May 6, 2023. During this time, Defendant must comply with all conditions of release and must check in with his Pretrial Services officer at least one time per day. No later than 4:00 p.m. on May 4, 2023, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer. Further, Defendant must provide notice to his Pretrial Services Officer upon both his departure from, and return to, Clark County, Nevada.

IT IS SO ORDERED.

DATED: May 4, 2023.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE